United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:

Thomas A Sterling,

        Debtor,
_____/

Case No. 10-76253
Chapter 7
Hon. Walter Shapero

Becton, Dickinson And Company,
a New Jersey Corporation,

        Plaintiff,

v.

Adv. No. 11-04034

Thomas A Sterling,

        Defendant.
_____/

## ORDER DETERMINING DEBT IS DISCHARGEABLE

For the reasons set forth in the opinion entered contemporaneously with this order, **IT IS HEREBY ORDERED** that the compensation overpayment debt, which is the debt at issue here in its entirety, is DISCHARGEABLE.

```
Signed on August 06, 2012
                                    /s/ Walter Shapero
                              Walter Shapero
                              United States Bankruptcy Judge
```